■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMBERLY M. DOYLE, Appellant. (Appeal No. 3.) [987 NYS2d 283]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered September 7, 2012. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Centra, J.P., Lindley, Sconiers, Valentino and DeJoseph, JJ.